ALAN R. BRAYTON, ESQ., S.B. #73685
KIMBERLY J. CHU, ESQ., S.B. #206817
kchu@braytonlaw.com
BRAYTON❖PURCELL LLP
Attorneys at Law
222 Rush Landing Road
P.O. Box 6169
Novato, California 94948-6169
(415) 898-1555

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR HALFON and KAREN HALFON, <br><br>   Plaintiffs, <br><br> vs. <br><br> GENERAL ELECTRIC COMPANY, et al., <br><br>   Defendants. | No. 3:18-cv-07782-EMC <br><br> PLAINTIFFS' REQUEST FOR DISMISSAL OF ENTIRE ACTION, WITHOUT PREJUDICE |

Plaintiffs' claims in this Federal case have been resolved against all Defendants named in this case. Accordingly, Plaintiffs hereby request dismissal of the above-captioned action against all Defendants named in this case, without prejudice, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure. Each party shall bear their own costs.

Dated: May 21, 2020                BRAYTON ❖PURCELL LLP

By: /s/ *Kimberly J. Chu*
Kimberly J. Chu, Esq., S.B. #206817
kchu@braytonlaw.com
Attorneys for Plaintiffs

GRANTED
Judge Edward M. Chen

Dated: 5/21/2020

PLAINTIFFS' REQUEST FOR DISMISSAL OF ENTIRE ACTION, WITHOUT PREJUDICE